UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD BLANCARTE,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., etc.,, *et al.*,<br><br>    Defendant, | 2:10-cv-1420-JCM-RJJ<br><br><br><u>O R D E R</u> |

This matter was submitted to the undersigned Magistrate Judge on Defendant Wal-Mart Stores, Inc.'s Motion for FRCP 37 Discovery Sanctions (#14).

The Court having reviewed the Motion (#14) and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before February 5, 2011, Plaintiff shall file a response to Defendant Wal-Mart Stores, Inc.'s Motion for FRCP 37 Discovery Sanctions (#14).

IT IS FURTHER ORDERED that Plaintiff is advised that failure to file said response may result in sanctions, including dismissal of this case, being imposed by the court.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff, Richard Blancarte by certified mail, return receipt requested.

DATED this __25th__ day of January, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge