1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                              DISTRICT OF NEVADA

7                                     * * *

8   RICHARD BLANCARTE,                    )
                                          )
9             Plaintiff,                  )      2:10-cv-1420-JCM-RJJ
                                          )
10  vs.                                   )
                                          )
11  WAL-MART STORES, INC.,                )      O R D E R
    etc., *et al.*,                       )
12                                        )
              Defendant,                  )
13  _____  )

14          This matter was referred to the undersigned Magistrate Judge a Motion for FRCP 37

15  Discovery Sanctions (#14).

16          The Court having reviewed the Motion (#14) and good cause appearing therefore,

17          IT IS HEREBY ORDERED that a hearing on the Motion for FRCP 37 Discovery

18  Sanctions (#14) is scheduled for March 31, 2011, at 9:00 AM in LV Courtroom 3D, 3d floor,

19  Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

20          IT IS FURTHER ORDERED that the Plaintiff, Richard Blancarte, must appear in court

21  for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in a

22  recommendation that this case be dismissed.

23          IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

24  Plaintiff, Richard Blancarte by certified mail, return receipt requested.

25          DATED this __7th__ day of March, 2011.

26

27

28                                    _____
                                      ROBERT J. JOHNSTON
                                      United States Magistrate Judge