UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD BLANCARTE, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-1420–JCM-RJJ |
| ) | |
| vs. ) | |
| ) | |
| WAL-MART STORES, INC., ) | REPORT AND RECOMMENDATION |
| ) | OF UNITED STATES |
| ) | MAGISTRATE JUDGE |
| Defendant, ) | |
| ) | |

This matter was submitted to the undersigned Magistrate Judge on the failure of the Plaintiff, Richard Blancarte to appear for a hearing scheduled by the Court. *See*, Minutes of Proceedings (#23).

The Court having reviewed this matter makes the following findings:

1. Plaintiff has failed to participate in any discovery, including the taking of his scheduled and noticed deposition.

2. Plaintiff failed to attend the hearing on his attorney's motion to withdraw. *See*, Minutes of Proceeding (#13).

3. Plaintiff has failed to provide any current address or means of contact to the court and defendant's counsel. *See*, Returned Mail (#21 and #22).

4. Plaintiff has abandoned this case by refusing to prosecute it in a timely manner.

5. Plaintiff has not appeared in any matter related to this case in the past nine months.

6. Dismissal is an appropriate sanction for Plaintiff's failure to appear for his deposition. Fed. R. Civ. P. 37(d)(1)(A)(i) and 37(b)(2)(A)(v) as applied through Fed. R. Civ. P. 37(d)(3).

### RECOMMENDATION

Based on the foregoing and good cause appearing therefore,

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE**.

### NOTICE

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

DATED this  12th  day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge